# ELECTRONIC RECORD

COA # 05-14-00508-CR    OFFENSE: 21.1

STYLE: Lennie P. Earbin v. The State of Texas    COUNTY: Collin

COA DISPOSITION:    AFFIRM    TRIAL COURT: 219th Judicial District Court

Publish: <u>NO</u>

DATE: 05/12/2015    TC CASE #:    219-80478-2012

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Lennie P. Earbin v. The State of Texas    CCA #: **715-15**

_APPELLANT'S_ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_REFUSED_    JUDGE: _____

DATE: _10/14/2015_    SIGNED: _____    PC: _____

JUDGE: _Per Curiam_    PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD